**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Ray P. Hope* ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery    3-1-01

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV164

   C & O    40

1. Article Addressed to:

Commissioner
Alabama Department of Corrections
101 Union Street
Montgomery, AL 36130

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Num
(Transfer fro   7005 1820 0002 3465 1235

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540