**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim T. Thomas, General Counsel
Alabama Department of Corrections
Legal Division
50 Ripley Street, 3rd Floor
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Eloise L. Urquhart_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

_Eloise L. Urquhart_     3-2-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:06 cv 164-
cvs     ⓪

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from         7005 1820 0002 3465 1211

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540