IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | : |
| Plaintiff | : |
| v. | : Civil Action No. 2:06-CV-164-WKW |
| WILLIE THOMAS, et al., | : |
| Defendants. | : |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Willie J. Thomas, who being known to me and being by me first duly sworn, deposes and says:

My name is Willie J. Thomas. I am currently employed with the Alabama Department of Corrections as a Warden III at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I do not deny that inmate Larry Carl Dixon injured his left finger on August 3, 2005. I do deny that my staff and I have shown callous disregard and deliberate indifference for the safety of the inmates in our custody.

Incident Report Number ECC 05-983 shows that my staff took immediate action to get inmate Dixon medical attention after inmate Dixon reported the incident. Special Needs Communication Forms dated August 12, 2005, August 25, 2005, October 18, 2005 and December 30, 2005 show that my staff ensured inmate Dixon got medical treatment for his finger. I have instructed my staff to follow the instructions the medical personnel issue on inmates' medical treatment. Copies of these documents are attached.

EXHIBIT A

1

I certify Incident Report Number ECC 05-983 and the four Special Needs Communication Forms dated between August 12, 2005 and December 30, 2005 to be true and correct copies of documents on file in inmate Dixon's institutional file as of the date of this affidavit. Inmate Dixon's institutional file is maintained in an office I supervise at Elmore Correctional Facility.

I was not aware the windows in the dorms at Elmore Correctional Facility were in such disrepair at the time this incident took place. It was policy at the time this incident took place that inmates are not to raise, lower, or adjust any of the windows at any time. That policy remains in effect to this day.

I deny each and every allegation inmate Dixon made against me in his complaint. I also deny that I have violated any of inmate Dixon's constitutional rights.

_____
WILLIE J. THOMAS

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the ____20th____ day of March, 2006.

_____
NOTARY PUBLIC

My Commission expires February 3, 2007

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| | | | | |
|---|---|---|---|---|
| 1. Institution: ELMORE CORRECTIONAL CENTER | 2. Date: 08/03/05 | 3. Time: 8:23 p.m. | 4. Incident Number: ECC 05-983 | Class Code: |
| 5. Location Where Incident Occurred: C dorm | | 6. Type of Incident: Alleged Inmate Injury | | |
| 7. Time Incident Reported: 8:25 p.m. | | 8. Who Received Report: Lt. Robert Rogers | | |

9. Victims:
   a. N/A

10. Suspects:
   a. Dixon, Larry    No. B/138238

11. Witnesses:
   a. N/A

**PHYSICAL EVIDENCE:**

12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
   a. N/A

Narrative Summary: On 08/03/05, at approximately 8:23 p.m., inmate Dixon, Larry W/138238, approached Sgt. Arthur Horton who was making a security check of the weight pile and informed him that he (inmate Dixon) had chopped off the tip of his Left index finger. Another inmate was with inmate Dixon holding the severed part of the finger. At this point Sgt. Horton escorted both inmates to the shift office. At approximately 8:28 p.m., Sgt. Horton notified Nurse Ball at the Staton Health Care Unit and informed her of the incident. At approximately 8:30 p.m., inmate Dixon was transported to the SHCU by Officer William Bryant. At approximately 8:33 p.m., Lt. Robert Rogers was notified. Lt. Rogers placed a telephone call to Captain John Matthews and informed him of the incident. Inmate Dixon stated to Sgt. Horton that he was trying to put the window up and it came down on his hand, the incident took place in C1 dorm near bed #13. At approximately 9:10 p.m., Officers David Edelen and Jamie LaFogg transported inmate Dixon to Baptist South Hospital by ADOC van.

continued on 302 - B

Distribution: ORIGINAL AND ONE (1) COPY to Central I & I Division
COPY to Institutional File
COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Central Records Office

ADOC Form 302-A – June 1, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT/DUTY OFFICER REPORT
# CONTINUATION

| Institution: Elmore Correctional Center | Incident Number: ECC 05-1011 | Class Code: |
|---|---|---|
| Date: 08/03/05 | | Type of Incident: Alleged Inmate Injury |

Narrative Summary (Continued) Page No.

At approximately 9:37 p.m., Officer LaFogg notified Elmore that he and Officer Edelen had arrived at Baptist South Hospital Emergency Room with inmate Dixon. At approximately 11:10 p.m., Officer LaFogg informed Sgt. Charles Bromley that per the Emergency Room doctors, inmate Dixon would not be admitted. Officer LaFogg stated that the doctors were going to trim the bone on inmate Dixon's finger, sew up the open wound and then release inmate Dixon. At approximately 1:40 a.m., Officers LaFogg and Edelen contacted Elmore via radio and advised Sgt. Bromley that they were enroute to the SHCU with inmate Dixon. At approximately 2:13 a.m., Officers Edelen and LaFogg arrived at the SHCU with inmate Dixon. Inmate Dixon was admitted into Staton MOU until he could be examined by the Health Care Unit doctor. At approximately 2:25 a.m., Officers Edelen and LaFogg returned to Elmore CC. Inmate Dixon was placed on Elmore CC's outgate count. (see attached body chart). No further action taken.

Arthur Horton, COII

ADOC Form 302-B – June 1, 2005

# Alabama Department of Corrections
# Duty Officer Report

ECC05-983

Class Code _____

Type of Incident: **Alleged Inmate Injury**        Institution: **Elmore CC**

Victim(s): **Dixon, Larry**          AIS# **138238**    R/S **B/M**    DOB **12/13/64**

                                     AIS# _____      R/S ____      DOB _____

Suspects(s): **N/A**                 AIS# _____      R/S ____      DOB _____

                                     AIS# _____      R/S ____      DOB _____

                                     AIS# _____      R/S ____      DOB _____

Sentenced From: **Mobile**                        Date of Sentence: **01/07/88**

Offense(s): **FUCC X III**                        Length of Sentence: **20 Years Total**
            **TOP II**

Minimum Release Date: **06/24/2013**

Date: **8/03/05**    Time: **8:23 pm**    Location: **C1 Dorm near bunk #13**

Brief Narrative:

On the above date and time Inmate Dixon report to Sgt. Arthur Horton that he (inmate Dixon) was trying to put the window up when it fell on his left index finger severing the tip. Inmate Dixon was transported to the Staton Health Care Unit and then on to Baptist South Hospital by ADOC van. The bone on inmate Dixon's finger was trimed, the skin was pulled over the bone and then stitched up. Inmate Dixon will be housed at Staton CC MOU until he is released back to Elmore CC by the MOU doctor.

(Use ADOC Form 302-B for Continuation of narrative)

Official Reporting: **Lt. Robert Rogers**              Date: **8/03/05**        Time: **8:33 p.m.**

Receiver of Report: **Asst Crumpton   353-8922**

Deputy Comm. of Operations: _____        Date: _____    Time: _____

Inst. Coordinator: _____                 Date: _____    Time: _____

Investigations: _____                    Date: _____    Time: _____

Public Information Officer: _____        Date: _____    Time: _____

ADOC Form 302-C -- June 1, 2005

ECC05·983

## MESSAGE CONFIRMATION

AUG-05-2005 05:18PM FRI

FAX NUMBER : 334 567 1804
NAME       : ELMORE CORRECTIONAL

| | |
|---|---|
| NAME/NUMBER | 3538922 |
| PAGE | 001 |
| START TIME | AUG-05-2005 05:17PM FRI |
| ELAPSED TIME | 00'32" |
| MODE | G3 STD |
| RESULTS | [ O.K ] |

---

### Alabama Department of Corrections
### Duty Officer Report

Class Code _____

Type of Incident: Alleged Inmate Injury       Institution: Elmore CC
Victim(s): Dixon, Larry      AIS# 138238   R/S B/M   DOB 12/13/64
                             AIS#          R/S       DOB
Suspects(s): N/A             AIS#          R/S       DOB
                             AIS#          R/S       DOB
                             AIS#          R/S       DOB

Sentenced From: Mobile              Date of Sentence: 01/07/88
Offense(s): RUCCXIII
            TOP II                  Length of Sentence: 20 Years Total
Minimum Release Date: 06/24/2013
Date: 8/03/05   Time: 8:23 pm   Location: C1 Dorm near bunk #13

Brief Narrative:
On the above date and time Inmate Dixon report to Sgt Arthur Horton that he (inmate Dixon) was trying to put the window up when it fell on his left index finger severing the tip. Inmate Dixon was transported to the Staton Health Care Unit and then on to Baptist South Hospital by ADOC van. The bone on inmate Dixon's finger was trimed, the skin was pulled over the bone and then stitched up. Inmate Dixon will be housed at Staton CC MOU until he is released back to Elmore CC by the MOU doctor.

(Use ADOC Form 303-B for Continuation of narrative)

Official Reporting: Lt. Robert Rogers          Date: 8/03/05     Time: 8:33 p.m.
Receiver of Report: Bob Campbell  353-8922
Deputy Comm. of Operations:                    Date:             Time:
Inst. Coordinator:                             Date:             Time:
Investigations:                                Date:             Time:
Public Information Officer:                    Date:             Time:

ADOC Form 303-C – June 1, 2005

ECC05-983

```
MESSAGE CONFIRMATION                           AUG-05-2005 05:20PM FRI

                                        FAX NUMBER : 334 567 1804
                                        NAME       : ELMORE CORRECTIONAL
NAME/NUMBER    3583967
PAGE           001
START TIME     AUG-05-2005 05:19PM FRI
ELAPSED TIME   00'30"
MODE           G3 STD
RESULTS        [ O.K. ]
```

## Alabama Department of Corrections
## Duty Officer Report

Class Code: ____

Type of Incident: Alleged Inmate Injury        Institution: Elmore CC

| Victim(s): | Dixon, Larry | AIS# 138238 | R/S B/M | DOB 12/13/64 |
|---|---|---|---|---|
| | | AIS# | R/S | DOB |
| Suspects(s): | N/A | AIS# | R/S | DOB |
| | | AIS# | R/S | DOB |
| | | AIS# | R/S | DOB |

Sentenced From: Mobile                 Date of Sentence: 01/07/88

Offense(s): FUCC X III                 Length of Sentence: 30 Years Total
            TOP II

Minimum Release Date: 06/26/2015

Date: 8/03/05   Time: 8:23 pm   Location: C1 Dorm near bunk #12

**Brief Narrative:**
On the above date and time Inmate Dixon report to Sgt. Arthur Horton that he (inmate Dixon) was trying to put the window up when it fell on his left index finger severing the tip. Inmate Dixon was transported to the Staton Health Care Unit and then on to Baptist South Hospital by ADOC van. The bone on inmate Dixon's finger was trimed, the skin was pulled over the bone and then stitches up. Inmate Dixon will be housed at Staton CC MOU until he is released back to Elmore CC by the MOU doctor.

(Use ADOC Form 302-B for Continuation of narrative)

Official Reporting: Lt. Robert Rogers     Date: 8/03/05     Time: 8:33 p.m.
Receiver of Report: _____
Deputy Comm. of Operations: _____ Date: _____ Time: _____
Inv. Coordinator: _____ Date: _____ Time: _____
Investigations: _____ Date: _____ Time: _____
Public Information Officer: _____ Date: _____ Time: _____

ADOC Form 302-C - June 1, 2005

ECC05-983

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/3/05 | TIME ☐AM ☐PM | ORIGINATING FACILITY: Emul ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES: NKDA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP 99.4 ORAL/RECTAL | RESP. 20 | PULSE 95 | B/P 46/84 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

**NATURE OF INJURY OR ILLNESS**

S- A window came down and cut (L) index tip of finger cut off.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |

SATS 100%

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Tip missing (L) index sm amt bleeding noted well dry pressure dressing applied.
A- Alteration in comfort
P- Refer to HCP

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 8/3/05 | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
| NURSE'S SIGNATURE C. Lewis WU | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Dixon, Larry | DOC# 138238 | DOB 10/21/57 | R/S | FAC. Elmore |



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 8/12/05

To: Elmore

From: SHCU

Inmate Name: Larry Dixon    ID#: _____

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: 0 TO HCU every 2 days to change dressing starting Sunday

Date: 8/12/05    MD Signature: [signature]    Time: 2⁸⁰

60418



Dixion
Larry

# SPECIAL NEEDS COMMUNICATION FORM

Date: 8/25/05

To: Elmore

From: SHCU

Inmate Name: Dixon, Larry      ID#: 138238

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments:
① WONC step up x 30 days
② Dressing change by nursing staff every three days. 8/26/05

Status: Accidental amputation of finger tip to (L) hand

Date: 8/25/05   MD Signature: _____   Time: 8A

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: 10/18/05

To: S Elmore

From: Staton HCU

Inmate Name: Dixon, Larry     ID#: 138238

The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. Other

Comments: No use of (L) hand x 30(d)

Date: 10/18/05   MD Signature: L. Lassiter, CRNP/GHerr   Time: 0400

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 12/30/05

To: Elmore

From: SHCU

Inmate Name: Dixon Larry    ID#: 138238

The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

Comments: NO use of (L) hand x 60 days
12/31/05 - 1/31/06

Date: 12/30/05   MD Signature: Dr. Peasant / D. Williams   Time: 1630

60418