IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CARL DIXON (AIS #138238), | * * * | |
| Plaintiff, | * * | |
| V. | * * | CASE NO.: 2:06-CV-164-WKW |
| WILLIE THOMAS, et al. | * * | |
| Defendants. | * * * | |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COMES NOW Defendant Prison Health Services, Inc. and respectfully requests that this Honorable Court extend the time period that this Defendant has to file its Answer and Special Report in this action by fourteen (14) days, up to and including April 24, 2006. As grounds for this Motion, Defendant shows to the Court as follows:

1. This lawsuit alleges negligence with regard to the control and maintenance of windows at Elmore Correctional Facility.

2. Due to unavoidable scheduling conflicts, counsel for PHS has been unable to meet with Staton Correctional Facility's Medical Director in order to provide a defense in this matter.

3. The brief extension of time requested herein will in no way prejudice any party, nor will it in any way delay the adjudication of this matter.

WHEREFORE, Prison Health Services, Inc. hereby requests this Court afford it 14 days to submit a Special Report and Answer on April 24, 2006.

Respectfully submitted,


S/L. Peyton Chapman, III
Alabama State Bar Number CHA060
S/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendant Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 7th day of April, 2006, to:


Larry Carl Dixon AIS# 138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025


s/R. Brett Garrett GAR085
Attorney for Defendant Prison Health Services, Inc.