IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY CARL DIXON, #138238,      )
                                )
         Plaintiff,             )
                                )
    v.                          )    CIVIL ACTION NO. 2:06-CV-164-WKW
                                )
WILLIE THOMAS, et al.,          )
                                )
         Defendants.            )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on April 7, 2006 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the medical defendants be GRANTED an extension from April 10, 2006 to and including April 24, 2006 to file their special report and answer.

Done this    10th day of April, 2006.

                              **/s/ Delores R. Boyd**
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE