IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-164-WKW |
| | ) |
| WILLIE THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to conduct discovery filed by the plaintiff on April 27, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before May 15, 2006 the defendants shall produce any rules, regulations, standard operating procedures or other documents which relate to their defense that inmates at the Elmore Correctional Facility are not authorized to open windows.

Done this 28th day of April, 2006.

/s/ **Delores R. Boyd**
UNITED STATES MAGISTRATE JUDGE