IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

|  |  |
|---|---|
| LARRY CARL DIXON #138238,<br>PRO/SE PLAINTIFF<br><br>-VS-<br><br>WARDEN WILLIE THOMAS,ET.AL.,<br>DEFENDANT(S) | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.2:06-CV-164-WKW<br>)<br>)<br>)<br>)<br>) |

RECEIVED
2006 MAY -2 A 9:41

## MOTION FOR ENLARGEMENT OF TIME UNTIL DISCOVERY IS COMPLETE

Comes Now,Larry C.Dixon,Pro/Se,And from herein known as the Plaintiff,And Motions this Honorable Court,For an Enlargement of time to file his written response to the defendant Special Report,Until after he recieves the Discovery he has requested, And for good and just cause,The plaintiff shows the following;

1.) This plaintiff avers,That in the 'Special Report' filed by the defendant,It avers that the Windows are an "Unauthorized Area" to all Inmates,This was their primary defense to the complaint, And the plaintiff argues that this is an untruth,And has requested the defendants produce the "Memorandum","S.O.P","Directive","Rule", or,"Administration regulation",That puts the Inmates at the Elmore Correctional Facility on notice that the opening and closing of the windows is an "Unauthorized Action".[See;04/21/06 & 03/30/06 Motions]

2.) This Plaintiff requests that the court enlarge the time in which this plaintiff must respond,Until after the defendants produce the requested Document(s),Or,Admit that their is no such rule.

Respectfully Submitted, Larry C Dixon
Larry C.Dixon

[-1-]

## CERTIFICATE OF SERVICE

This is to certify, That I have served a true and correct copy of the foregoing pleading on:

Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, Al. 36130

by placing said copy in the U.S. Mail, Postage pre-paid and properly addressed on this the 28th day of April, 2006.

*Larry C Dixon*
Larry Carl Dixon #138238
Elmore Corr. Facility
P.O. Box 8
Elmore, Al. 36025