IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:06-CV-164-WKW |
| | ) |
| WILLIE THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 2, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from May 15, 2006 to and including May 30, 2006 to file a response to the defendants' written reports in compliance with the order entered on April 25, 2006 (Court Doc. No. 14).

Done this 3rd day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE