### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LARRY CARL DIXON, #138238,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-164-WKW |
| | ) |
| **WILLIE THOMAS, et al,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### RESPONSE TO THE DEFENDANT'S PRODUCTION REQUEST

**COMES NOW** Willie Thomas, Donal Campbell, and the Alabama Department of Corrections by and through the State of Alabama Attorney General's Office by its assistant attorney general, *Bettie J. Carmack*, and hereby responds to the Plaintiff's production request as follows:

There is currently not a *written* policy regarding the opening and closing of windows at Elmore Correctional Facility. The correctional officers *verbally* inform the prisoners that they are not to "raise, lower, or adjust any of the windows" without prior authorization. (*See* exhibit **B**)

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


 /s/  BETTIE J. CARMACK
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433
*Doc No.: 129746*

## CERTIFICATE OF SERVICE

This is to certify that I have on this 9th day of May, 2006, served copies of the foregoing document upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Larry Dixon**
**AIS #: 138238**
**Elmore Correctional Facility**
**P. O. Box 8**
**Elmore, AL  36025**

/s/  BETTIE J. CARMACK
Bettie J. Carmack (CAR -132)
ASSISTANT ATTORNEY GENERAL