8-23-06

Dear Sir;
 To whom this may Concern, ATTENTION!
Office of the Clerk Currently I am an Plaintiff
of Litigations At; Civil Action No. 2:06-CV-164-WKW
Titled Larry Carl Dixon Vs: Willie Thomas, et al.
However, Note; An Change of address has now
Taken Place therewith Please Forward any and
All Litigation and or status ThereOF to me
As Follow: Larry Carl Dixon
 AIS #138238
 Kilby Corr. Facility
 P.O. Box 150
 MT. Meigs Ala. 36057
 Dorm# M-60

Thank you in advance For your assistance
Please take note OF the aboved mentioned
Change OF address For Legal Correnspondences

 Larry Carl Dixon