Dear Clerk

My Address has Changed

TOO: LARRY C. DIXON
AIS #138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, ALa 35034
Dorm E3-1

My Case NO. 2:06-CV-164-WKW

Any Litigations Please Forward here to me I am interested IN Knowing IF any when any Answer from Magistrate

Thank you

Larry C Dixon