In The United States
District Court For The
Middle District

RECEIVED
2008 MAY -8 A 9:43
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Carl Dixon (AIS #138238)
            Plaintiff
vs.                                 Case No: 2:06-cv-164-WKW

Willie Thomas, et al.
            Defendants

## Motion for Status of Civil Complaint

Comes now Larry C. Dixon the plaintiff, in the aboved-captioned and would show the following unto the court:

On the 08/28/06 plaintiff Larry Carl Dixon filed with this court notice of change of address. The change was entered 09/19/06. Since this date plaintiff has not received anything from this court.

Plaintiff would ask this court to forward him a copy of the status of his Complaint.

Plaintiff do pray that this court will forward this information at their earliest convenience.

-1-

## Conclusion

Wherefore, premises considered plaintiff pray that he will be forwarded a copy of the status of this 1983 Complaint.

## Certificate of Service

I do certify that I have this day served a copy of this Motion on the following:

Clerk of Court
Middle District
Montg, Ala.

Respectfully Submitted
Larry Earl Dixon

d/c Filed 5/6/08

-2-

Mr. Larry C. Dixon
AIS #138238
565 Bibb Lane
Bibb County Corr. Facility
Brent, AL 35034

BIRMINGHAM AL 350
07 MAY 2008 PM 2 L

United States District Court
Middle District Alabama
(Office of the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711

3610130711