IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2-06-CV-164-WKW |
| WILLIE THOMAS, et al., | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the motion for status filed by the plaintiff on May 8, 2008 (Court Doc. No. 26), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case is pending before the court on his complaint, the written reports and supporting evidentiary materials filed by the defendants, and his response in opposition to the defendants' reports. The plaintiff is further advised that *no additional pleadings are necessary for disposition of the issues presented in the complaint* and he will be advised of any action taken by the court in this case.

Done this 9th day of May, 2008.

                                                /s/ Terry F. Moorer
                                            TERRY F. MOORER    .
                                            UNITED STATES MAGISTRATE JUDGE