Dezy (Office of the Clerk)

My name is Larry Dixon this concerns, Change, of address Forward Concerns too;

In the District Court of the United States For the middle District of Alabama Northern Division

Civil Action No. 2:07-CV-662-WKW

Please Acknowledge reciept.

Too: MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

Further; also

Civil Action No. 2:06-CV-164 WKW

Forward For All Concerns

Thank you!

Too. MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

RECEIVED 2008 JUL 23 A 10:35 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

United States District Court
(Office of the Clerk)
Montgomery, Alabama 36101-0711