In the District Court of the United States
For The Middle District Of Alabama
Northern Division

Larry Carl Dixon
AIS # 138238
      Plaintiff

Case No. 2:06-CV-164-WKW
LWO

V.

Warden Willie Thomas, et al.,
      Defendants

RECEIVED
2008 JUL 28 A 10:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Objection To Recommendation Of Magistrate Judge

Genuine issues as to any material fact exist clearly
See; Magistrate's II. Discussion
States; On August 3, 2005, Dixon raised the window in his Living Area.
The Plaintiff never raised any window Plaintiff litigation states; I tried lifting the gillotine style window to retrive, extract my Index Finger
Note; Ala. Dept. of Corr. Duty Officer Report states inpart On the above date and time Inmate Dixon report to Sgt. Horton, Arthur that he was try to put the window up
To the Contrary The Above Time August 5, 2005 5:19 PM Friday.
Plaintiff was mained by gillotine styled window 8-3-05
Sgt. Horton, never Investigated this Maining Clearly
A Genuine Issue Of Material Fact ommitted by Review
Message Confirmation Attached

Magistrate Ignores Defendants Callous disregard Defendants exhibit A-Court Doc No 9-2 (Affidavit of Willie Thomas states, Inpart Defendant Thomas asserts he had no Knowledge" the windows in the dorms at Elmore Corr. Facility were in such disrepair at the time this incident took place. It was the [General Unwritten] Policy at that time that Inmate are not to Raise or Lower or adjust any window Anytime. Magistrate STATES; That Policy remains in effect to this day Is an Insult to Plaintiff Injury Clearly a Genuine Issue Of Material Fact Ignored Some 3 years Justice delayed, Denied except 11th Cir. Court Supreme Court Dicissions Circumvented by Magistrate Judge Today July 26, 2008 Windows at Elmore Corr. Facility are gillotine style Inmate Open The Slightes Vibrations Make Windows Slam an Simple Review will reveal 100's Of Limbs, Finger Cut off However For this Courts Review be advised the Court This §1983 Action is based upon the defendants "Callous Disregard and deliberate indifference" to the safety Of inmate imprisoned in this great STATE OF Alabama For this Courts Review be advised that unwritten Rules, Policies, Contracts General or Otherwise Have no business being Implimented in a Prisoners Enviroment, as They Mean Nothing, or are Void For Vagueness Coffman, Supra at 1060

Further Note Plaintiff's litigation set forth an Petition with named Inmate dated 2005 Clearly Stating No Rule, Policy exist even today July 26, 2008 Plaintiff would be remissed in Moving Parties Motion and grant of Summary Judgment where A Prison officials "deliberate Indifference to a substantial risk of serious Harm to an inmate Violates the Eighth Amendment Magistrate Judge and or Prison officials who diliberately Ignore serious medical needs of inmates such as PHS defendants Magistrate Judge fails To Acknowledge As Medical Provider failed to Follow Standard Operational Procedure with Respect to Preserving Dixon severed finger where Inmate Hudson listed as Witness did Attend IN [PHS] Absence as Contracted an Material Issue Genuine For Review clearly an Pass the Buck Method Manipulated to effect desired Political Agenda's be advised the Court Plaintiff Claim For Relief is Genuine Issue's of Material Fact that deserves A Forum in any Court of Justice be advised A Copy of this Foregoing HAS been Mailed Postage Prepaided to Counsel for Defendants Magistrate Judge Action are improper.

I Hereby Certify THat a Copy OF this The Foregoing Has been Served upon Counsel For defendants Postage Prepaided Respectfully

*Larry Carl Dixon*

Case 2:06-cv-00164-WKW-TFM    Document 30    Filed 07/28/2008    Page 4 of 5

MR. LARRY CARL DIXON
AIS #138238
Alabama Dept. OF Corr. Facility
P.O. Box 8
Elmore, AL 36025

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

MONTGOMERY, AL 361
25 JUL 2008 PM 2 L

United States District Court
(Office Of the Clerk)
P.O. Box 711
Montgomery, Alabama
36101-0711