ECC05-983

```
MESSAGE CONFIRMATION                          AUG-05-2005 05:20PM FRI

                                              FAX NUMBER : 334 567 1804
                                              NAME       : ELMORE CORRECTIONAL

NAME/NUMBER     | 3583967
PAGE            | 001
START TIME      | AUG-05-2005 05:19PM FRI
ELAPSED TIME    | 00'30"
MODE            | G3 STD
RESULTS         | [ O.K.]
```

## Alabama Department of Corrections
## Duty Officer Report

Class Code _____

| | | | | | |
|---|---|---|---|---|---|
| Type of Incident: | Alleged Inmate Injury | Institution: | Elmore CC | | |
| Victim(s): | Dixon, Larry | AIS# 138238 | R/S B/M | DOB 12/13/64 |
| | | AIS# | R/S | DOB |
| Suspects(s): | N/A | AIS# | R/S | DOB |
| | | AIS# | R/S | DOB |
| | | AIS# | R/S | DOB |

Sentenced From: Mobile            Date of Sentence: 01/07/88

Offense(s): FUCC X III            Length of Sentence: 20 Years Total
           TOP II

Minimum Release Date: 06/24/2013

Date: 8/03/05   Time: 8:23 pm   Location: C1 Dorm near bunk #13

Brief Narrative:
On the above date and time Inmate Dixon report to Sgt. Arthur Horton that he (Inmate Dixon) was trying to put the window up when it fell on his left index finger severing the tip. Inmate Dixon was transported to the Staton Health Care Unit and then on to Baptist South Hospital by ADOC van. The bone on Inmate Dixon's finger was trimed, the skin was pulled over the bone and then stitches up. Inmate Dixon will be housed at Staton CC MOU until he is released back to Elmore CC by the MOU doctor.

(Use ADOC Form 302-B for Continuation of narrative)

Official Reporting: Lt. Robert Rogers      Date: 8/03/05    Time: 8:33 p.m.
Receiver of Report: _____
Deputy Comm. of Operations: _____ Date: _____ Time: _____
Inst. Coordinator: _____ Date: _____ Time: _____
Investigations: _____ Date: _____ Time: _____
Public Information Office: _____ Date: _____ Time: _____

ADOC Form 302-C – June 1, 2005