IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY CARL DIXON,** ) | |
| **AIS #138238,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-164-WKW |
| ) | |
| **WARDEN WILLIE THOMAS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This case is before the court on plaintiff's objection (Doc. # 30) to the Recommendation of the Magistrate Judge (Doc. # 29). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and plaintiff's Objection, it is ORDERED that:

1. The Objection to the Recommendation of the Magistrate Judge (Doc. # 30) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #29) is ADOPTED;

3. The defendants' motions for summary judgment (Docs. # 9 & # 12) are GRANTED;

4. This case is DISMISSED with prejudice;

An appropriate judgment will be entered.

DONE this 30th day of July, 2008.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE