**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LARRY CARL DIXON,** | ) | |
| **AIS #138238,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-164-WKW** |
| | ) | |
| **WARDEN WILLIE THOMAS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>FINAL JUDGMENT</u>

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED, ADJUDGED and DECREED that:

1.    Judgment is entered in favor of the defendants and against plaintiff;

2.    This action is DISMISSED with prejudice; and

3.    Costs are taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of July, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE