8-30-08

Dear Officer of the Court
       (Office of the Clerk) in the district Court of the United States for the Middle district of Alabama Northern Division Concerning Civil action #2:06-cv-164-WKW Please be advise of Change of address and Forward to me at

J O Davis Corr. Facility
P.O. Box 4000
Atmore, AL 36503
LARRY CARL DIXON 138238
040A

RECEIVED
2008 SEP -5 A 10:30
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MR. LARRY C. DIXON
AIS #138238
P.O. Box 4000
Atmore, AL 36503
040A

(Legal Mail)

United States District Court
(Office of the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711