In The District Court Of The United States
For the Middle District Of Alabama
Northern Division

Larry C. Dixon
AIS #138238
    Plaintiff

V.

Warden Willie Thomas, et al.,
    Defendants.

Case No. 2:06-CV-164-WKW

[WO]

RECEIVED 2008 SEP 10 A 11:00 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Request For Inquiry

Whereas Plaintiff in good faith filed civil action allegedly resulting from indifference where showing of an [unwritten Prison Policy] was the moving force behind the Constitutional Violation. A United States Magistrate Judge Terry F. Moorer wishes to grant The Commissioner Of Alabama State Prisons, The Warden Of the Elmore County Prison in question, and its related Health Facility, whom's Records in number would exceed Hundreds Of Like injuries. Magistrate states; Defendants couldn't know the windows were in such disrepair; (The Warden's statement in affidavit). Plaintiff writes with an Amputated Finger due to gillotine styled windows, and Magistrate states It did not Occur—;

(Request For Inquiry Cont.)

Case No. 2:06-cv-164-WKW [wo]

Pursuant to "A Policy enacted by the defendants, rather the only Policy relevant to the Claim Pending Herein, Require that inmates not raise, Lower, or adjust windows. Plaintiff Claim went from Unwritten Policy, Too Enactment of Law. and to add insult to Injury, Plaintiff never open a window," except to retrive an amputated Finger 8-3-05. While its unfortunate that Dixon (Plaintiff) suffered an Injury to His Finger "While attempting to raise a window" is Probily the sickingness, and most malignent misscarriage of Justice Inactive, as accepted, and adopted. A dark secret that Light of truth and Justice Cannot allow. a Plain error, and Manifested Grossly Calculated, Couldn't Possibly Wait in Prematureness. Order, that on or before August 5, 2008 the Parties may File Objection; Clearly the stillborn wouldnt enjoy Life, Plaintiff Filed Objection To the United States Magistrate Judge Terry F. Morer Recommendation; Final Judgment Done this 30th day of July 2008. Plaintiff would Request Inquiry, Inquires as to Any Listed Litigation Filed, with respect to Magistrate Terry Moore Negligent Handleing. Be Copied, and Forwarded For dianosis. Fortunate or Unfortunate, the Malice was defined by a dictionary Published at the Approximate time §1983 was enacted as "extreme enmity"

(Request For Inquiry Concluds)

CASE # 2:06-CV-164-WKN [WO]

Defendents of the above styled Cause Dubbed Plaintiff A troublesome Writ writer, excuse my styling. Transfered Around, and around again. However, Plaintiff did File Motion For Objection to Magistrate Recommendation at Elmore Correctional Facility. Magistrate state; that [unwritten Policy] is in effect to this very day.

I Plaintiff wrote that Date I was Present at Elmore, And No Policy Exist in (2005), and don't Exist (2008). Windows are slamming with the slightess Vibration. Abotts' Law dictionary 584 (1885) Dictionary 72 (1879) A Malignant design of evil.... is the Ideal attached, Plainly Read in Context, what the Court meant is that Punitive damages are Justified by the Moral Culpability of Evil Intent, or by the "Equivalent" Culpability of Reckless indifference, to the Rights of Others. Plaintiff Prays this Court Stop Defendants, and Magistrate, From Allowing Plaintiff access to Court by way of C-51 Transfers, False Affidavits, Department of Corr. Got Rasidy Sillotine Windows, one Fell on Plaintiff Hand, Plaintiff Filed A §1983 To be made whole.

Please Assign Plaintiff an impartial Judge.