## Declaration of Larry Carl Dixon

State of Alabama )
County of Escambia )

I Larry Carl Dixon do hereby declare the following pursuant to 28 USC §1746, under the penalty of perjury, that the following is true and correct to the best of my knowledge and belief:

I am Larry Carl Dixon I am over the age of twenty one (21) and I am currently being confined at J.O. Davis Corr. Facility in Escambia County, Alabama. I have personal knowledge of the foregoing facts as stated in the attached motion for extention of time to file notice of appeal / request for inquiry, and are true and correct that I was transfered from Bibb County Corr. Facility too Elmore Corr. Facility on or about August 1, 2008, and then was transfered to J.O. Davis Corr. Facility on or about August 26, 2008, and during transfer I sent the Clerk of the District Court a change of address. The transfer of myself by defendants

## Declaration Conclud.

Was in "bad Faith" in order to impede And deny me access to Court. because I have been deemed A troublesome writ-writer, Simply by exercising my Constitutional Right to Access To Court. And I did not recieve Notice of dismissal of the case Until September 2, 2008, deprived of time to File a timely Notice of Appeal. I hereby swear or affirm That the Foregoing is true and Correct to the best of my knowledge And belief, under the Penalty of Perjury.

*Larry Carl Dixon*
Larry Carl Dixon

## Certificate of Service

I, Larry C. Dixon do hereby certify that I Have this the 3rd day of September, 2008 Served a Copy of the Foregoing on the Clerk And the Following by turning the same over To the Prison officials for deposit in the U.S. mail, First Class Postage Prepaided And Properly addressed as Follows pursuant To Houston V. Lack 487 U.S. 266 (1988) Under the Penalty of Perjury 11 South Union St. Montgomery Al. 36130

MR. LARRY CARL DIXON
AIS # 138238
J.O.Davis Corr. Facility
P.O. Box 4000
Atmore, AL 36503
0403

MOBILE AL 366
02 SEP 2008 PM 1 T

United STATES District
Court (office OF the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711